```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JOSEPH THOMPSON, JR.                         CIVIL ACTION

VERSUS                                       NO: 11-1234

HOUMA POLICE DEPARTMENT, ET AL               SECTION: J(1)
```

### ORDER

Considering the foregoing *Motion to Dismiss* **(Rec. Doc. 39)**,

**IT IS HEREBY ORDERED** that the motion is **DENIED.**

The United States Fifth Circuit has held that in Title VII cases, the plaintiff's receipt of a right-to-sue letter from the Equal Employment Opportunity Commission (EEOC) is "a condition precedent" to the plaintiff's right to sue, "subject to equitable modification." *Pinkard v. Pullman-Standard, a Div. of Pullman, Inc.*, 678 F.2d 1211, 1216 (5th Cir. 1982). Given that 180 days has passed since Plaintiff filed charges with the EEOC and that Plaintiff thus may be entitled to a right-to-sue letter, equitable considerations require a stay of Plaintiff's racial discrimination claim.

Therefore, **IT IS HEREBY ORDERED** that Plaintiff's *Count II (Discrimination Under 42 U.S.C. § 2000e)* is **STAYED**, pending Plaintiff's receipt of a right-to-sue notice.

**IT IS FURTHER ORDERED** that Plaintiff shall have **ninety (90) days** within which to notify the Court of his receipt of such right-to-sue notice, lest Plaintiff's claim be dismissed.

New Orleans, Louisiana, this 9th day of September, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE